

# NUMBER 13-22-00299-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

STEVEN TYRONE RUSSELL,                                          Appellant,

v.

THE STATE OF TEXAS,                                          Appellee.

### On appeal from the 25th District Court
### of Gonzales County, Texas.

# ORDER

### Before Chief Justice Contreras and Justices Longoria and Silva
### Order Per Curiam

Before the Court is appellant's pro se motion for access to the clerk's record and reporter's record. On November 14, 2022, appellant's counsel filed an *Anders* brief, and appellant has been unable to examine the record in order to file a pro se brief.

Accordingly, we grant appellant's motion, and it is hereby ordered that the trial court ensure that appellant has the opportunity to fully examine the clerk's record and

reporter's record on or before fifteen (15) days from the date this order issues. It is further ordered the trial court notify this Court as to the date upon which the clerk's record and reporter's record were made available to appellant. *See Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014).

Furthermore, appellant shall have thirty (30) days from the day the clerk's record and reporter's record are first made available to him to file his pro se brief with this Court. The State shall have twenty days thereafter to file its response, if any.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
9th day of December, 2022.